IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: David T. Schultz |
| | U.S. District Judge |
| v. | Case No: 22-cr-226 NEB/TNL |
| | Date: September 20, 2022 |
| Anab Artan Awad (3), | Courthouse: Minneapolis |
| | Courtroom: 9E |
| Defendant, | Time Commenced: 5:20 p.m. |
| | Time Concluded: 5:23 p.m. |
| | Time in Court: 3 minutes |

APPEARANCES:

Plaintiff: Matthew Ebert, Assistant U.S. Attorney
Defendant: Manny Atwal, Assistant Federal Public Defender
  X FPD       X To be appointed(provisionally)

Date Charges Filed: 9/13/2022       Offense: wire fraud; conspiracy to commit money laundering; money laundering

X Advised of Rights

on    X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is September 23, 2022 at 11:00 a.m. before U.S. Magistrate Judge John F. Docherty, CR 6A STP for:
  X Detention hrg    X Arraignment hrg

Additional Information:
X Oral Rule 5(f) Brady notice read on the record

s/JAM
Signature of Courtroom Deputy
