# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Hon. Eric C. Tostrud<br>United States District Judge |
| v. | Case No.: 22-CR-226 (NEB/TNL)<br>Date: November 4, 2022<br>Court Reporter: Paula Richter<br>Courthouse: St. Paul<br>Courtroom: 3B<br>Time in Court: 2:38 p.m. – 3:11 p.m.<br>3:21 p.m. – 3:28 p.m. |
| ANAB ARTAN AWAD, | |
| Defendant. | Total Time: 40 minutes |

**APPEARANCES:**

    For Plaintiff:    Matthew Ebert, Assistant United States Attorney
    For Defendant:    Joseph Dixon  ☐ FPD, ☐ CJA, ☑ Retained, ☐ Appointed

Interpreter/Language:    Ayderus Ali / Somali

**PROCEEDINGS:**

☑ Change of Plea Hearing.

☑ PLEA:
    ☑ Guilty as to Count 8 of the Indictment.

☑ Presentence Investigation and Report requested.

☑ Remanded to the Custody of U.S. Marshal.

s/ R. Morton
Courtroom Deputy
