UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos. 22-CR-226 (3) NEB-TNL |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE WITH CONDITIONS PENDING SENTENCING** |
| ANAB ARTAN AWAD, | |
| Defendant. | |

---

This matter comes before the Court on Defendant's Unopposed Motion for Conditional Release With Conditions Pending Sentencing, filed on November 21, 2022 in both the matter set forth above as well as a related case, 21-CR-00056-ECT-ECW, in which the undersigned will preside at sentencing as part of this matter.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant is released pending sentencing in the above-referenced matters, subject to the following conditions**:**

1. Defendant must appear in court as required;

2. Defendant must not violate any federal, state, or local law while on release;

2

3. Defendant must remain confined to her home in Plymouth under the limits imposed by Pretrial Services and subject to GPS monitoring;

4. Defendant must cooperate with efforts to pledge a residence in Plymouth as collateral for her appearance in court;

5. Defendant must provide access to her financial and banking records as directed by Pretrial Services;

6. Defendant must abide by any and all other conditions set forth in a separate Order Setting Conditions of Release.


Dated: November 22, 2022              s/Nancy E. Brasel
                                       Nancy E. Brasel
                                       United States District Court Judge