PS 8  
(Rev 5/10)

Filed by the Clerk

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A. vs. Anab Artan Awad          Docket No. 0864 0:21CR00056-010 and

Docket No. 0864 0:22CR00226-003

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Houa Vang, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Anab Artan Awad** who was placed under pretrial supervision by the Honorable Nancy E. Brasel, sitting in the Court at Minneapolis on the 22nd day of November, 2022, under the following special conditions:

- Pretrial Supervision
- Surrender Passport (satisfied)
- Obtain No New Passport or Travel Document
- Travel Restrictions
- No Contact with Victim/Witness/Codefendants/Co-conspirators
- Weapons Restrictions
- Location Monitoring - GPS and Home Detention
- Report Contact with Law Enforcement
- Residential Requirements
- Employment Restriction
- Financial Disclosure
- No Unauthorized Lines of Credit/Credit Charges
- Not Access Any Federal Child Nutrition Program Funds
- Comply with All Conditions in Hennepin County District Court

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Given Awad's compliance with conditions of pretrial supervision since her release on November 23, 2022, and to comport with pretrial fundamentals of remaining least restrictive, it is recommended that the location monitoring requirements be vacated. The parties have been consulted and offered no objection.

PRAYING THAT THE COURT WILL ORDER:

That release condition 3 as to 0:21CR00056 (CM/ECF Document 448) and conditions (p) and (p)(ii) as to 0:22CR00226 (CM/ECF Document 79) requiring that Awad participate in a location monitoring program under home detention with Global Positioning System (GPS) technology be vacated and removed. All other conditions shall remain in effect.

ORDER OF THE COURT

Considered and ordered this __18th__ day of _____September_____, 2023, and ordered filed and made a part of the records in the above case.

_s/Nancy E. Brasel_
Nancy E. Brasel
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Houa Vang*
Houa Vang
Senior U.S. Probation Officer
612-508-8362

Executed on   September 15, 2023

Place   St. Paul

Approved:

s/*Maribel Andrade-Vera*
Maribel Andrade-Vera
Supervising U.S. Probation Officer